UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD HOWARD, | 3:04-cv-00281-HDM-VPC |
| Plaintiff, | |
| vs. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| GARY HILL, | |
| Defendant. | |

The court has considered the report and recommendation of the United States Magistrate Judge (#14) filed on July 20, 2006, in which the Magistrate Judge recommends that this court enter an order granting defendant's motion to dismiss without prejudice (#12). No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the report and recommendation of the

United States Magistrate Judge (#14). Therefore, defendant's motion to dismiss (#12) is granted without prejudice.

It is so ORDERED.

Dated this 10th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE